

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Case No. 2018-CR-125 (ABJ) |
| v. | : | |
| | : | |
| ANTONIO HALFACRE, | : | |
| | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

**I.      Summary of the Plea Agreement**

Defendant Antonio Halfacre agrees to admit guilt and enter a plea of guilty to the indictment charging him with Escape from Custody, in violation of 18 U.S.C. § 751(a). The penalty for Escape from Custody, in violation of 18 U.S.C. § 751(a), is:

(A)   a term of imprisonment not greater than five years;

(B)   a fine not to exceed $250,000;

(C)   a term of supervised release of not more than three years, after any period of incarceration; and

(D)   a special assessment of $100.

**II.     Elements of the Offenses**

To prove that the defendant is guilty of Escape from Custody, the government must prove the following:

1. Antonio Halfacre was lawfully confined in an institution or facility at the direction of the Attorney General following a conviction for any offense;

2. Antonio Halfacre knowingly escaped from the institution or facility.

1

AEH 08/22/19

### III.  Proffer of Evidence

The following statement of facts does not purport to include all of the Defendant's illegal conduct. It is intended to represent sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea.

Had this case gone to trial, the government's evidence would prove the following:

On June 11, 2008, the defendant was sentenced by the Honorable Robert Richter in the Superior Court of the District of Columbia, docket number 2008 CF3 735. The defendant was sentenced to 48 months of incarceration to be followed by 5 years of supervised release for one count of Armed Robbery. On September 3, 2015, the defendant was sentenced by Judge Richter to a period of 36 months incarceration for a Supervised Release Violation on this same case.

On February 1, 2018, the defendant was transferred at the direction of the Attorney General from USP-Hazleton, a secure Bureau of Prisons facility, to Hope Village in Washington, D.C. to serve the remainder of his sentence. Hope Village is a Residential Reentry Center or "halfway house" run by the Bureau of Prisons (BOP). The defendant's projected release date from Hope Village was June 30, 2018.

On April 12, 2018, Hope Village staff conducted an accountability count of everyone at the facility and could not locate the defendant in his assigned area. Staff then searched the entire grounds and building and still could not locate the defendant. Hope Village staff then checked with the defendant's emergency contact person as well as with local police, jails and hospitals and could not find the defendant. He was then placed on escape status.

The defendant was indicted in the above matter on May 1, 2018 and an arrest warrant issued. The defendant was arrested on July 10, 2018 in Greenbelt, Maryland and transferred to the District of Columbia on July 11, 2018.

A E H 08/22/18

Between April 12, 2018, when he left Hope Village without approval, and July 10, 2018, when he was arrested in the instant case, the defendant did not attempt to turn himself in to Hope Village to complete his sentence.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472-845

By: _____
Sara G. Vanore
Assistant United States Attorney
P.A. Bar 208070
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7102
*sara.vanore@usdoj.gov*

AEH 08/22/18

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Statement of Offense, and I have discussed this proffer fully with my attorney, Loui Itoh, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 08/22/18

Antonio Halfacre
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Statement of Offense with my client, Antonio Halfacre, and fully discussed it with my client. I concur in my client's desire to plead guilty as set forth in this Agreement and the Statement of Offense.

Date: 8/22/18

Loui Itoh, Esq.
Assistant Federal Public Defender
Attorney for Defendant